Edward O. Comitz, #015006
ecomitz@cobelaw.com
Patrick T. Stanley, #023835
pstanley@cobelaw.com
Karla B. Thompson, #029395
kthompson@cobelaw.com
**Comitz | Beethe**
Scottsdale Spectrum
6720 N. Scottsdale Road, Suite 150
Scottsdale, AZ 85253
Telephone 480.998.7800
Fax: 480.219.5599
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CINDY L. CURLIS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; CRICKET COMMUNICATIONS, INC. LONG-TERM DISABILITY PLAN; and CRICKET COMMUNICATIONS, LLC, fka CRICKET COMMUNICATIONS, INC., as Administrator of the CRICKET COMMUNICATIONS, INC. LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendants. | No.  2:15-cv-00768-ROS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　　Plaintiff, Cindy L. Curlis, by and through her undersigned counsel, hereby voluntarily dismisses this action without prejudice.  No appearance has been made by any of the defendants.

　　　　DATED this 14th day of May, 2015.

　　　　　　　　　　　　　　　　　　　　COMITZ | BEETHE

　　　　　　　　　　　　　　　　　　　　By  /s/Edward O. Comitz
　　　　　　　　　　　　　　　　　　　　　　Edward O. Comitz
　　　　　　　　　　　　　　　　　　　　　　Patrick T. Stanley
　　　　　　　　　　　　　　　　　　　　　　Karla B. Thompson
　　　　　　　　　　　　　　　　　　　　　　6720 N. Scottsdale Road, Suite 150
　　　　　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85253
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2015, I sent the attached document via U.S. Mail to the following:

Director of Insurance
Arizona Department of Insurance
as Statutory Agent for
**Life Insurance Company of North America**
2910 N. 44th Street, Suite 210
Phoenix, AZ 85018

C T Corporation
as Statutory Agent for
**Cricket Communications, LLC**
2390 E. Camelback Road
Phoenix, AZ 85016

/s/ Libby Thompson